USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

  UNITED STATES OF AMERICA

         -against-                             18-CR-18 (ALC)

                                            ORDER

  HECTOR JOEL DUPREY VAZQUEZ,

                         Defendants.

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's motion to withdraw his plea of guilty, ECF No. 123, and the Government's response to this motion, ECF No. 135. The Sentencing currently scheduled for December 10, 2019 at 3:00 p.m. is hereby **ADJOURNED**. The parties are hereby **ORDERED** to submit their views on whether the Court should hear, in an affidavit, from Defendant's prior counsel, Mr. Zachary Taylor, on the issues raised in Defendant's motion. The parties should submit these views in writing, on or before **December 10, 2019**.

**SO ORDERED.**

Dated:     December 4, 2019
              New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge