USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/11/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
  UNITED STATES OF AMERICA        :

          -against-                         :          18-CR-18 (ALC)

                                    :          **ORDER**

  HECTOR JOEL DUPREY VAZQUEZ,   :

                    Defendants.  :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the letters from Defendant and the Government regarding whether the Court should hear, in writing, from Defendant's prior counsel. ECF Nos. 142, 145. It is hereby **ORDERED** that Defendant's prior counsel, Mr. Zachary Taylor, submit an affidavit regarding the allegations in Defendant's motion to withdraw his plea of guilty, ECF No. 123, by **December 20, 2019.** The Government should serve this Order upon Mr. Taylor by December 13, 2019.

**SO ORDERED.**

Dated:     December 11, 2019
             New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**