UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

HECTOR JOEL DUPREY VAZQUEZ,

Defendants.

------------------------------------------------------------x

18-CR-18 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Declaration from Defendant's prior counsel, Mr. Zachary Taylor, ECF No. 150, and Defendant's request for a hearing, ECF No. 152. The Parties may submit letter briefs responding to Mr. Taylor's affidavit and/or requesting an evidentiary hearing by **January 10, 2020**.

SO ORDERED.

Dated:  January 6, 2020
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

1