USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-  :  18-CR-18 (ALC)

: **ORDER**

HECTOR JOEL DUPREY VAZQUEZ,

Defendants.

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant's request for an evidentiary hearing and the Government's opposition to this request. ECF Nos. 154, 155. Defendant's request for a hearing is hereby **GRANTED**. The Parties are **ORDERED** to confer with Mr. Taylor and submit a Joint Letter on or before **March 4, 2020** proposing at least three dates and times that work for the Parties and Mr. Taylor to proceed with an evidentiary hearing.

**SO ORDERED.**

Dated:   February 28, 2020
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

1