USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/12/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
  UNITED STATES OF AMERICA      :

            -against-                  :      18-CR-18 (ALC)

                                      :      **ORDER**

  HECTOR JOEL DUPREY VAZQUEZ,  :

                    Defendants.  :

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the joint letter providing available dates for an evidentiary hearing. ECF No. 162. The Parties and Mr. Taylor are hereby **ORDERED** to appear in person for an evidentiary hearing in this matter on **April 16, 2020 at 11:00 a.m.** in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The Government should serve this Order on Mr. Taylor by March 20, 2020.

**SO ORDERED.**

Dated:     March 12, 2020
             New York, New York

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge