

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/3/2020

March 31, 2020

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

The application is granted. The evidential hearing is **ADJOURNED** to 6/17/20 at 10:00 a.m. Time excluded.

**SO ORDERED**.

Re: *United States v. Hector Joel Duprey Vazquez*, **18 Cr. 18 (ALC)**

Dear Judge Carter:

    The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the hearing presently scheduled for April 16, 2020, at 11:00 a.m., to a date and time convenient to the Court on or after June 1, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Juliana Murray / Mollie Bracewell
    Assistant United States Attorneys
    (212) 637-2314 / -2218

cc:     B. Alan Seidler (by ECF)
       Zachary Taylor (by Email)

SO ORDERED:
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 3, 2020