**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/20
```

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Hector Joel Duprey Vazquez*, **18 Cr. 18 (ALC)**

Dear Judge Carter:

     The Government respectfully submits this letter on behalf of both parties to jointly request that, in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19, the Court adjourn the hearing presently scheduled for June 16, 2020, at 11:00 a.m., to a date and time convenient to the Court between July 22, 2020 and July 31, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
Juliana Murray / Mollie Bracewell
Assistant United States Attorneys
(212) 637-2314 / -2218

cc:   B. Alan Seidler (by ECF)
     Zachary Taylor (by Email)

The application is granted.  The evidentiary hearing is adjourned to July 27, 2020 at 10:00 a.m.
So Ordered.

*[Signature: Andrew L. Carter, Jr.]*
6/4/20