**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
   **UNITED STATES OF AMERICA**      :

                   **-against-**      :      **18-CR-18 (ALC)**

                                 :      **ORDER**

   **HECTOR JOEL DUPREY VASQUEZ,**      :

                     **Defendants.**  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The July 27, 2020 Evidentiary Hearing is adjourned to **October 26, 2020** at **10:00 a.m.**

**SO ORDERED.**

**Dated: July 24, 2020**
       **New York, New York**

                                                   _____
                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**