```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-26-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-                                 18-CR-18 (ALC)

HECTOR JOEL DUPREY VASQUEZ,           **ORDER**

                       Defendant.

--------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A video Evidentiary Hearing is set for **March 2, 2021** at **9:00 a.m.** Members of the public and press may attend the hearing by dialing the audio-only line, at 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**

Dated:    New York, New York
             February 26, 2021

                                           _____
                                           ANDREW L. CARTER, JR.
                                           United States District Judge