```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/2/21__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

HECTOR DUPREY-VASQUEZ,

                Defendant.

------------------------------------------------------------------- x

18-CR-18 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Today's video Evidentiary Hearing is **adjourned sine die**.

**SO ORDERED.**

Dated:    **New York, New York**
            **March 2, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**