USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **4. 7. 21**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

**United States of America,**

**ORDER**

**18-CR-18 (ALC)**

                    -v-

**Hector Joel Duprey-Vasquez,**

                    Defendant(s)
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A video Evidentiary Hearing  is scheduled for **April 13, 2021** at **9:00 a.m.**

Members of the public and press may attend the conference by dialing the audio-only

line, 1-855-268-7844, using Access Code 67812309# and Pin 9921299#.

**SO ORDERED.**

Dated: New York, New York
          April 7, 2020

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**