USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-23-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

**ORDER**
18-CR-18 (ALC)

-against-

Hector Duprey-Vasquez,
-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The video Evidentiary Hearing scheduled for April 27, 2021 is adjourned.

**SO ORDERED.**

Dated: New York, New York
April 23, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**