USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-23-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
UNITED STATES OF AMERICA,

       Plaintiff,

  -against-

HECTOR DUPREY-VASQUEZ,

       Defendant.

----------------------------------------------------------------- x

18-CR-18 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  An Evidentiary Hearing is set for **May 26, 2021** at **10:00 a.m.**

**SO ORDERED.**

Dated:  New York, New York
     April 23, 2021

             _____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**