11-19-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-

HECTOR DUPREY-VASQUEZ,

               Defendant.

------------------------------------------------------------------- x

18-CR-18 (ALC)

<u>ORDER</u>

ANDREW L. CARTER, JR., District Judge:

A telephone status conference is set for **December 7, 2021** at **10:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            November 17, 2021

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge