5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
Hector Duprey-Vasquez               :       18-CR-18 (ALC
                                    :       ---------------
                                    :           Docket #
------------------------------------x

12-9-21

Andrew L. Carter, Jr.
--------------------------, DISTRICT JUDGE:
      Judge's Name

The C.J.A. attorney assigned to this case

**Alan Seidler**
-------------------------------- is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____**Richard Palma**_____, NUNC-PRO-TUNC _____.

                              Attorney's Name

                                        SO ORDERED.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

12-7-21
Dated:   New York, New York