```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-6-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                 Plaintiff,

    -against-

HECTOR DUPREY-VASQUEZ,

                Defendant.

------------------------------------------------------------ x

18-CR-18 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **January 27, 2022** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:    New York, New York
             January 6, 2022

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**