USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/11/22__

# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

January 10, 2022

**ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Patrick Moynihan U.S. District Courthouse
  for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

   **Re:**  U. S. v. Hector Duprey Vasquez, Dkt No. S3 18 Cr. 018 (ALC)
      **Defendant Hector Duprey-Vasquez Requests In-Person Court Conference in lieu of a January 27th Telephone Status Conference.**

Dear Judge Carter:

  In a January 7th email Mr. Hector Duprey-Vasquez has asked me to request that Your Honor schedule an in-person court conference in lieu of a telephone conference because he does not want to explain "anything over the phone" but instead "to explain things in person better".

  I await further instructions by Your Honor.

  Thank you.

         Respectfully submitted,
         s/ Richard Palma
         Richard Palma

The application is **GRANTED.** The telephone status conference scheduled for January 27, 2022 at 12 p.m. is converted to an in-person status conference. So Ordered.

*[Signature: Andrew L. Carter]*  
1/11/22