**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/2/22
```

**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR                                TEL. (212) 686-8111
NEW YORK                                         FAX. (212) 202-7800
                                                 E-MAIL: rpalma177@gmail.com

February 24, 2022

**ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Patrick Moynihan U.S. District Courthouse
  for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    U. S. v. Hector Duprey Vasquez, Dkt No.  S3 18 Cr. 018 (ALC)
                Defendant Hector Duprey-Vasquez Requests Rescheduling of In-Person
                Court Conference for Appointment of New CJA Counsel.

Dear Judge Carter:

      Now that the MDC-Brooklyn has resumed normally operations, which interrupted the previously scheduled in-person January 27th hearing, I am respectfully requesting that Your Honor reschedule this matter for the Court to consider Mr. Duprey-Vasquez's request for replacement of CJA counsel.

      I await further instructions by Your Honor.

      Thank you.

                                  Respectfully submitted,
                                  s/ Richard Palma
                                  Richard Palma

The application is **GRANTED.**  An in-person status conference is set for 3/3/22 at 3 p.m.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
3/2/22