MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/7/22__

# RICHARD PALMA
**ATTORNEY AT LAW**
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**　　　　　　　　　　　　　　　　　　TEL. (212) 686-8111
**NEW YORK**　　　　　　　　　　　　　　　　　　　　　　　FAX. (212) 202-7800
　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: rpalma177@gmail.com

March 4, 2022

**ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Patrick Moynihan U.S. District Courthouse
 for the Southern District of New York
500 Pearl Street
New York, N.Y. 10007

　　　　Re:　U. S. v. Hector Duprey Vasquez, Dkt No.  S3 18 Cr. 018 (ALC)
　　　　　　Counsel Requests a CJA Order Nunc Pro Tunc Date of December 4, 2021.

Dear Judge Carter:

　　I respectfully request that my CJA appointment for the above-referenced case dated December 7, 2021 indicate a *Nunc Pro Tunc* date of December 4, 2021, which is the first date I worked on this matter in preparation for my appointment on December 7th at the substitution of counsel hearing.

　　If there are any questions about this request, I am available to the Court immediately at (917) 751-5754.

　　Thank you.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　s/ Richard Palma
　　　　　　　　　　　　　　　　Richard Palma

The application is **GRANTED.**
So Ordered.

*[signature]*
3/7/22