|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4-5-22 |

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
         -against-                     :           **ORDER**
                                       :
                                       :
   Hector Joel Duprey Vasquez          :           18-CR-18 (ALC)
                                       :           _____
                                       :            Docket #
---------------------------------------x


<u>Andrew L. Carter, Jr.</u>          , **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

<u>Richard Palma</u>                 is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>James Roth</u>          , NUNC-PRO-TUNC _____.
                          Attorney's Name

                                    SO ORDERED.

                                    /s/ Andrew L. Carter
                                    UNITED STATES DISTRICT JUDGE


**Dated:** **New York, New York**
        March 3, 2022