# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

June 6, 2022

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/14/22__

Re: *United States v. Hector Joel Duprey-Vasquez, et al.,* 18 Cr. 18 (ALC)

Dear Judge Carter:

Your Honor asked for an update in this matter at the last status conference. Unfortunately, I was unable to provide a clear path forward because I was not able to access my client who is incarcerated at the Metropolitan Detention Center, Brooklyn ("MDC") by telephone, in-person, or virtually due to restrictions imposed by the MDC. I have now been in contact with Mr. Duprey-Vasquez and he wishes to proceed to sentence.

Counsel has conferred with the government and the parties are available, subject to the Court's schedule, on July 7, 2022, July 8, 2022 from 9:30 AM – 12:00 PM, and 2:00 PM – 4:00 PM, or on July 12, 2022.

Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc: AUSA Julianna Murray (By ECF)

Sentencing set for 7/7/22 at 3:00 p.m.
So Ordered.

*Andrew L. Carter*
6/14/22

JR/Duprey-Vasquez/Ltr to Ct/Case Update