MEMO ENDORSED

# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 4, 2022

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-8-22

Re:   *United States v. Hector Joel Duprey-Vasquez*, 18 Cr. 18 (ALC)

Dear Judge Carter:

On behalf of Mr. Duprey-Vasquez, we submit this letter in response to the letter filed by the government, dated August 3, 2022 (ECF Dkt. No 234), which asserts that Mr. Duprey-Vasquez breached his plea agreement and requests that the Court deny his request for an evidentiary hearing, pursuant to *United States v. Fatico*, 579 F.2d 707 (2d Cir. 1977).

Due to the timing of the government's letter with respect to the impending sentence date of August 18, 2022, we respectfully request a final adjournment of Mr. Duprey-Vasquez's sentence. An adjournment will permit counsel to discuss the import of the government's letter with Mr. Duprey-Vasquez to determine if he wishes to withdraw his request for an evidentiary hearing.

We respectfully request an adjournment until the week of September 12, 2022, at a date and time convenient to the Court. The government consents to this request.

Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Mollie Bracewell (By ECF)
      AUSA Juliana Murray (By ECF)
      Hector Joel Duprey Vasquez (By Mail)

JR/Duprey-Vasquez/Ltr Rqst to Ct/Final Adj

*The application is granted. Sentencing adjourned to 9-14-22 at 3 p.m.*
*So Ordered.*

*Andrew L. Carter*
8-8-22