**STAMPUR & ROTH**
ATTORNEYS AT LAW

MEMO ENDORSED

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

August 24, 2022

**By ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-25-22

Re:   *United States v. Hector Joel Duprey-Vasquez, et al.,* 18 Cr. 18 (ALC)

Dear Judge Carter:

I write to request that Your Honor order that the March 3, 2022 minutes of the *ex-parte* colloquy with Mr. Duprey-Vazquez (*See* ECF 221) currently under seal – be unsealed. This request is made to permit counsel to reference the minutes in our application for a *Fatico* hearing in this case. Mr. Duprey-Vazquez has no objection to the unsealing of these minutes.

Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Julianna Murray (By ECF)
      AUSA Mollie Bracewell (By ECF)

SO ORDERED:

*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8-25-22

JR/Duprey-Vasquez_Ltr to Ct_Case Unseal Doc