USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-20-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :         **ORDER**
                                    :
    Hector Duprey-Vasquez,          :         18-CR-18 (ALC)
                                    :         _____
                                    :            Docket #
------------------------------------x

Honorable Andrew L. Carter, Jr.
_____, DISTRICT JUDGE:
         Judge's Name

The C.J.A. attorney assigned to this case
James Roth
_____ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned
                          Parvin Moyne
matter is assigned to _____, NUNC-PRO-TUNC _____
                          Attorney's Name

                                    SO ORDERED.
                              /s/ Andrew L. Carter
                          _____
                              UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 19, 2022