**MEMO ENDORSED**



PARVIN DAPHNE MOYNE
+1 212.872.1076/fax: +1 212.872.1002
pmoyne@akingump.com

April 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/23

**VIA ELECTRONIC COURT FILING**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10004

Re: *United States v. Hector Joel Duprey-Vasquez, et al.*, **18-cr-00018 (ALC)**

Dear Judge Carter:

We respectfully write to request an adjournment of Mr. Duprey-Vasquez's status conference, which is presently scheduled for April 25, 2023, due to an unforeseen scheduling conflict. The government has consented to defense counsel's adjournment request. The government and defense counsel are in negotiations regarding Mr. Duprey-Vasquez's case and expect to have an update for the Court by early May. The government and defense counsel are available for a conference on May 3, 2023, May 9, 2023, the afternoon of May 10, 2023, May 17, 2023, May 18, 2023, or any time thereafter.

Thank you for your attention and consideration.

Very Truly Yours,

*/s/ Parvin D. Moyne*

Parvin D. Moyne
Dakota L. Kann

*Attorneys for Hector Duprey-Vasquez*

The application is **GRANTED**. The status conference is adjourned to 5/9/23 at 3:00 p.m.
So Ordered.

*[signature]* 4/24/23

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com