UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-                                      18 CR 18  (ALC)

HECTOR JOEL DUPREY VASQUEZ,                    ORDER

                    Defendant.

------------------------------------------------------------------ x

ANDREW L. CARTER, JR., District Judge:

       The Status Conference set for May 9, 2023 at 3:00 p.m. is converted to a Change of Plea Hearing.

SO ORDERED.

Dated:      New York, New York
               May 8, 2023

                                                      _____
                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-23