USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 5-8-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

UNITED STATES OF AMERICA,

            Plaintiff,

  -against-

HECTOR JOEL DUPREY VASQUEZ,

            Defendant.

---------------------------------------------------------------- x

18 CR 18 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Change of Plea Hearing set for May 9, 2023 is rescheduled to 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
           May 8, 2023

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**